[No. 1744-1.   Division One.   July 23, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. ANDREW D. GLASPER, JR., *et al., Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 59073, Edward E. Henry, J., entered June 20,

1972. *Affirmed* by unpublished opinion per James, J., concurred in by Williams and Callow, JJ.